STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. ELBERT HUMPHREY, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Edward P. Hannigan* for the petitioner.

*Mr. A. Donald Bigley* and *Mr. John P. Jehl* for the respondent.

March 10, 1970. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. PAUL CLEMENTE, DEFENDANT-PETITIONER.

See same case below: 108 *N. J. Super.* 189.

*Messrs. Miller, Hochman, Meyerson & Miller* for the petitioner.

*Mr. James A. Tumulty, Jr.* and *Mr. Abel Goldstein* for the respondent.

March 10, 1970. Denied.

TOWNSHIP OF WINSLOW IN THE COUNTY OF CAMDEN, PLAINTIFF-PETITIONER, v. BOARD OF EDUCATION OF THE CITY OF CAMDEN, IN THE COUNTY OF CAMDEN, DEFENDANT-RESPONDENT.

See same case below: 108 *N. J. Super.* 215.

*Mr. Samuel L. Supnick* and *Mr. Charles A. Cohen* for the petitioner.

*Mr. Leonard A. Spector* and *Messrs. Piarulli & Vittori* for the respondent.

March 10, 1970. Denied.